IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER MOSS-BEY,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                    Case No. 13-cv-878-wmc

RHONDA LANFORD,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Walter Moss-Bey's request for leave to proceed and dismissing this case with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b).

| /s/ | 1/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |